AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Ludington, Thomas L. | US District Court MI (Eastern) | 04/22/2010 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. District Judge | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2009<br>to<br>12/31/2009 |

**7. Chambers or Office Address**

U. S. Courthouse
1000 Washington Avenue
Bay City, MI 48708

**8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.**

Reviewing Officer_____ Date_____

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | R. M. Gerstacker Foundation |
| 2. Director | Saginaw Valley State University Foundation |
| 3. Trustee | Albion College |
| 4. Director | Thomas L. Ludington Foundation |
| 5. | |

2010 MAY -6 A 10: 56 FINANCIAL DISCLOSURE OFFICE RECEIVED

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 01/01/03 | Michigan Judges Retirement System |
| 2. | |
| 3. | |

Ludington, Thomas L.

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 04/22/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2009 | Federal Court Salary | $165,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | George Mason University School of Law | November 6-12, 2009 | Arlington, VA | Conference | Air travel, ground transportation |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 04/22/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 04/22/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Chemical Bank & Trust (checking & savings) | A | Interest | K | T | | | | | |
| 2. Dow Chemical Employees Credit Union | A | Interest | K | T | | | | | |
| 3. TD Ameritrade Money Market | A | Interest | L | T | | | | | |
| 4. Merrill Lynch Money Market | A | Interest | J | T | | | | | |
| 5. Amgen Stock | A | Dividend | J | T | | | | | |
| 6. Covance Stock | A | Dividend | K | T | | | | | |
| 7. Corning Stock | A | Dividend | L | T | | | | | |
| 8. IBM Stock | A | Dividend | K | T | | | | | |
| 9. Quest Diagnostics Stock | A | Dividend | K | T | | | | | |
| 10. Chemical Financial Stock | B | Dividend | K | T | | | | | |
| 11. Petoskey MI Condo | | None | M | W | | | | | |
| 12. Am Cent Real Est (Dow Savings Plan) - KKL 401K | | None | J | T | | | | | |
| 13. Fidelity Contrafund (Dow Savings Plan) KKL 401K | | None | L | T | | | | | |
| 14. Fidelity Diversified Intl (Dow Savings Plan) KKL 401K | | None | K | T | | | | | |
| 15. Growth Equity (Dow Savings Plan) KKL 401K | | None | K | T | | | | | |
| 16. Interest Income Fund (Dow Savings Plan) KKL 401K | | None | M | T | | | | | |
| 17. Vanguard Convertible Sec (Dow Savings Plan) KKL 401K | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 04/22/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard Global Equity (Dow Savings Plan) KKL 401K | | None | K | T | | | | | |
| 19. SSgA Stable Value - State of Michigan 457 Plan (TLL) | | None | K | T | | | | | |
| 20. SSgA Stable Value - State of Michigan 401K plan (TLL) | | None | K | T | | | | | |
| 21. PIMCO Total Return - State of Michigan 401K plan (TLL) | | None | K | T | | | | | |
| 22. MFS Total Return - State of Michigan 401K plan (TLL) | | None | K | T | | | | | |
| 23. Dodge and Cox Stock - State of Michigan 401K plan (TLL) | | None | K | T | | | | | |
| 24. Lord Abbett Mid-Cap Value A; State of Michigan 401K (TLL) | | None | K | T | | | | | |
| 25. RidgeWorth Funds - State of Michigan 401K (TLL) | | None | K | T | | | | | |
| 26. American Funds Europacific Gr - State of Michigan 401K (TLL) | | None | K | T | | | | | |
| 27. Chemical Bank Savings - FBO #1 | A | Interest | K | T | | | | | |
| 28. Federated Balanced (CFC) - FBO #1 | A | Dividend | K | T | | | | | |
| 29. MI Edu Savings Program - FBO #1 | | None | L | T | | | | | |
| 30. Chemical Bank Savings - FBO #2 | | None | J | T | | | | | |
| 31. MI Edu Savings Plan - FBO #2 | | None | L | T | | | | | |
| 32. Schwab Money Market | A | Interest | K | T | | | | | |
| 33. Alger Hlth Sci Fund | | None | J | T | | | | | |
| 34. Canadian Tire Corp 'A' | A | Dividend | J | T | Sold (part) | 03/05/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 04/22/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | T | Sold (part) | 07/08/09 | J | | |
| 36. | | | | T | Sold (part) | 11/10/09 | J | | |
| 37. FBR Gas Util Index Fund | A | Dividend | J | T | | | | | |
| 38. FBR Small Cap Fund | A | Dividend | J | T | | | | | |
| 39. Fidelity Slct Portf Fund | A | Dividend | J | T | | | | | |
| 40. First Eagle Overseas A Fund | A | Dividend | K | T | Sold (part) | 03/05/09 | J | | |
| 41. | | | | T | Buy (add'l) | 11/10/09 | J | | |
| 42. Franklin Templeton | | None | | | Sold | 03/05/09 | K | | |
| 43. General Dynamics, Inc | A | Dividend | J | T | | | | | |
| 44. J B Hunt Transport Svsc | | None | | T | Buy (add'l) | 03/05/09 | J | | |
| 45. | | | | | Sold | 11/10/09 | J | C | |
| 46. Johnson Controls, Inc | | None | | | Sold | 03/05/09 | J | | |
| 47. L-3 Communications, Inc | A | Dividend | J | T | | | | | |
| 48. Lowes Companies, Inc | | None | | | Sold | 03/05/09 | J | A | |
| 49. Meridian Value Fund | A | Dividend | K | T | Buy (add'l) | 03/05/09 | J | | |
| 50. | | | | T | Sold (part) | 11/10/09 | J | A | |
| 51. MFS Utilities Fund | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 04/22/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Royce Low-Priced St Fund | | None | J | T | Buy (add'l) | 04/03/09 | J | | |
| 53. | | | | T | Sold (part) | 11/10/09 | J | | |
| 54. Seligman Comm Fund | | None | K | T | Sold (part) | 11/10/09 | J | A | |
| 55. United Health Group, Inc | | None | | | Sold | 03/05/09 | J | | |
| 56. Vanguard Energy Fund | A | Dividend | K | T | Buy (add'l) | 07/08/09 | J | | |
| 57. | | | | T | Sold (part) | 11/10/09 | J | C | |
| 58. Vanguard Spc Hlth Fund | | None | J | T | Buy (add'l) | 03/05/09 | J | | |
| 59. Amcent: Intl. Disc Fund | | None | | T | Sold (part) | 03/05/09 | J | | |
| 60. | | | | | Sold | 07/08/09 | J | | |
| 61. Dodge & Cox Intl Stock Fund | A | Dividend | K | T | Sold (part) | 07/08/09 | J | | |
| 62. | | | | T | Sold (part) | 11/10/09 | J | | |
| 63. Julius Baer Intl Eqty (now Artio Intl Eqty Fund A) | | None | | | Sold | 11/10/09 | K | C | |
| 64. MFS Intl New Discovery A Fund | | None | K | T | Sold (part) | 03/05/09 | J | | |
| 65. | | | | T | Sold (part) | 11/10/09 | J | | |
| 66. Morgan Stanley Inst Intl Real Estate Fund | | None | K | T | | | | | |
| 67. T Price Media & Tel Fund | | None | K | T | Sold (part) | 03/05/09 | J | A | |
| 68. | | | | T | Sold (part) | 07/08/09 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 04/22/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount C de 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | T | Sold (part) | 11/10/09 | J | B | |
| 70. ATCO Ltd Class I | A | Dividend | J | T | Sold (part) | 03/05/09 | J | C | |
| 71. | | | | T | Buy (add'l) | 07/08/09 | J | | |
| 72. | | | | T | Sold (part) | 11/10/09 | J | B | |
| 73. Bank of Nova Scotia | A | Dividend | J | T | Buy (add'l) | 03/05/09 | J | | |
| 74. | | | | T | Sold (part) | 07/08/09 | J | B | |
| 75. | | | | T | Sold (part) | 11/10/09 | J | B | |
| 76. Petro-Canada | A | Dividend | | T | Sold (part) | 03/05/09 | J | | |
| 77. | | | | | Sold | 07/08/09 | J | C | |
| 78. Power Financial Corp | A | Dividend | J | T | Sold (part) | 11/10/09 | J | A | |
| 79. Shoppers Drug Mart Corp | A | Dividend | J | T | Sold (part) | 03/05/09 | J | | |
| 80. | | | | T | Buy (add'l) | 11/10/09 | J | | |
| 81. Suncor Energy Inc | | None | | T | Sold (part) | 03/05/09 | J | | |
| 82. | | | | | Sold | 07/08/09 | J | | |
| 83. Harris Cap PFD | A | Dividend | J | T | | | | | |
| 84. Permian Basin Royalty Tr | | None | K | T | Buy (add'l) | 03/05/09 | J | | |
| 85. | | | | T | Sold (part) | 07/08/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 04/22/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | T | Buy (add'l) | 07/08/09 | J | | |
| 87. | | | | T | Buy (add'l) | 12/08/09 | J | | |
| 88. Cenovus Energy Inc | A | Dividend | J | T | Spinoff (from line 89) | | | | |
| 89. EnCana Corp | A | Dividend | J | T | Buy | 07/08/09 | J | | |
| 90. | | | | T | Sold (part) | 11/10/09 | J | A | |
| 91. Sabine Royalty Trust | | None | K | T | Buy (add'l) | 11/10/09 | J | | |
| 92. San Juan Basin Royalty | | None | | T | Sold (part) | 07/08/09 | J | | |
| 93. | | | | | Sold | 11/10/09 | J | | |
| 94. Magellan Midstream | | None | K | T | Sold (part) | 03/05/09 | J | | |
| 95. | | | | T | Sold (part) | 07/08/09 | J | B | |
| 96. | | | | T | Buy (add'l) | 07/08/09 | J | | |
| 97. NuStar Energy | | None | K | T | Sold (part) | 03/05/09 | J | | |
| 98. | | | | T | Buy (add'l) | 11/10/09 | J | | |
| 99. Plains All American Pipelines | | None | | | Sold | 03/05/09 | K | | |
| 100. Sunoco Logistics Partners | | None | K | T | Sold (part) | 03/05/09 | J | C | |
| 101. | | | | T | Buy (add'l) | 07/08/09 | J | | |
| 102. | | | | T | Buy (add'l) | 11/10/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 04/22/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. AMB Property | | None | | | Sold | 07/08/09 | J | | |
| 104. C & S Realty Fund | A | Dividend | K | T | Buy (add'l) | 07/08/09 | J | | |
| 105. | | | | T | Buy (add'l) | 11/10/09 | J | | |
| 106. Energy Transfer Partners | | None | K | T | Buy | 11/10/09 | K | | |
| 107. Entertainment Pptys Tr | B | Dividend | K | T | Buy (add'l) | 03/05/09 | J | | |
| 108. | | | | T | Buy (add'l) | 11/10/09 | J | | |
| 109. Health Care Ppty Inv, Inc | A | Dividend | K | T | Sold (part) | 03/05/09 | J | | |
| 110. | | | | T | Buy (add'l) | 07/08/09 | J | | |
| 111. Home Properties of NY | | None | K | T | Sold (part) | 03/05/09 | J | | |
| 112. | | | | T | Buy (add'l) | 07/08/09 | J | | |
| 113. | | | | T | Buy (add'l) | 11/10/09 | J | | |
| 114. Prologis | | None | | | Sold | 03/05/09 | J | | |
| 115. SL Green Realty | A | Dividend | K | T | Sold (part) | 03/05/09 | J | | |
| 116. | | | | T | Buy (add'l) | 07/08/09 | J | | |
| 117. | | | | T | Sold (part) | 11/10/09 | J | C | |
| 118. Weingarten Realty Inv | A | Dividend | | | Sold | 07/08/09 | J | | |
| 119. Thornburg Intl Value Fund | A | Dividend | K | T | Sold (part) | 03/05/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 04/22/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. | | | | T | Sold (part) | 07/08/09 | J | A | |
| 121. American Gen Fin - Bond 12/15/11 | B | Interest | K | T | | | | | |
| 122. American Gen Fin - Bond 6/15/10 | A | Interest | J | T | | | | | |
| 123. American Gen Fin - Bond 6/15/09 | | None | | | Matured | 06/15/09 | J | A | |
| 124. Bank Georgia CD 2/17/09 | A | Interest | | | Matured | 02/17/09 | J | | |
| 125. BerkshireHathaway- Bond 8/15/13 | | None | K | T | Buy | 04/02/09 | K | | |
| 126. Caterpillar Fin - Bond 2/15/09 | | None | | | Matured | 02/15/09 | K | A | |
| 127. Caterpillar Fin - Bond 7/15/10 | A | Interest | K | T | | | | | |
| 128. Caterpillar Fin - Bond 7/15/12 | A | Interest | K | T | | | | | |
| 129. Dayton OH - Bond 10/01/09 | A | Interest | | | Matured | 10/01/09 | J | | |
| 130. Fairfax Cnty VA - Bond 6/01/09 | A | Interest | | | Matured | 06/01/09 | J | | |
| 131. GE Capital Corp-Bond 11/14/14 | | None | K | T | Buy | 11/20/09 | K | | |
| 132. John Hancock - Bond 2/15/12 | A | Interest | J | T | | | | | |
| 133. Lehman Bank - Bond 1/18/12 | | None | J | T | | | | | |
| 134. Merrill Lynch -Bond 3/15/11 | A | Interest | K | T | | | | | |
| 135. NStar Elec Co - Bond 5/15/10 | C | Interest | L | T | | | | | |
| 136. NStar Elec Co-Bond 5/15/10 | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 04/22/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. PPG Industries - Bond 8/15/09 | A | Interest | | | Matured | 08/15/09 | J | | |
| 138. Principal Life - Bond 6/15/2012 | A | Interest | | | Sold | 12/15/09 | J | A | |
| 139. Protective Life - Bond 7/15/10 | A | Interest | J | T | | | | | |
| 140. Puerta Rico-Bond 8/1/11 | A | Interest | J | T | Buy | 07/08/09 | J | | |
| 141. Rhode Island - Bond 10/01/09 | A | Interest | | | Matured | 10/01/09 | J | | |
| 142. Sweden Kingdom - Bond 4/1/09 | | None | | | Matured | 04/01/09 | K | B | |
| 143. Lehman Bros Bank CD 12/7/09 | | None | | | Matured | 12/07/09 | J | | |
| 144. Lehman Bros Bank CD 12/7/09 | A | Interest | | | Matured | 12/07/09 | J | | |
| 145. General Motors Acc - Bond 5/15/09 | A | Interest | | | Matured | 05/15/09 | J | | |
| 146. Household Finance - Bond 12/15/11 | B | Interest | K | T | | | | | |
| 147. HSBC- Bond 7/15/12 | A | Interest | J | T | | | | | |
| 148. HSBC - Bond 7/15/12 | | None | J | T | | | | | |
| 149. Indiana Health - Bond 11/15/10 | B | Interest | K | T | | | | | |
| 150. Anchor Life Policy | | None | K | T | | | | | |
| 151. Trust Mark Life Policy | | None | L | T | | | | | |
| 152. Indianapolis Life Policy | | None | K | T | | | | | |
| 153. MetLife Policy | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 04/22/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | Oakmark Equity & Income I Fund | | None | | T | Buy | 03/05/09 | K | | |
| 155. | | | None | | T | Sold (part) | 07/08/09 | J | B | |
| 156. | | | None | | | Sold | 11/10/09 | J | B | |
| 157. | Capmark Bank CD 7/23/12 | | None | J | T | Buy | 07/15/09 | J | | |
| 158. | Discover Bank CD 9/24/13 | A | Interest | K | T | Buy | 03/06/09 | K | | |
| 159. | GE Capital Fin CD 9/18/12 | | None | J | T | Buy | 12/09/09 | J | | |
| 160. | GE Money Bank CD 11/20/12 | | None | J | T | Buy | 11/16/09 | J | | |
| 161. | Goldman Sachs Bank CD 11/19/13 | | None | L | T | Buy | 03/06/09 | L | | |
| 162. | Goldman Sachs Bank CD 12/17/13 | | None | K | T | Buy | 07/09/09 | K | | |
| 163. | Wachovia Bank CD 9/30/13 | | None | J | T | Buy | 07/13/09 | J | | |
| 164. | Westernbank CD 11/20/14 | A | Interest | L | T | Buy | 11/13/09 | L | | |
| 165. | Westernbank CD 11/20/14 | | None | K | T | Buy | 11/12/09 | K | | |
| 166. | Wright Express Fin CD 12/15/09 | | None | | T | Buy | 07/09/09 | K | | |
| 167. | | | | | | Sold | 12/15/09 | K | | |
| 168. | Firstbank Puerto Rico CD 10/22/09 | | None | | T | Buy | 07/14/09 | J | | |
| 169. | | | | | | Matured | 10/22/09 | J | | |
| 170. | Boardwalk Pipeline Partners | | None | | T | Buy | 03/05/09 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 04/22/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 171. | | | | T | Buy (add'l) | 07/08/09 | J | | |
| 172. | | | | | Sold | 11/10/09 | K | D | |
| 173. Royce Penn Mutual Fund | A | Dividend | J | T | Sold (part) | 11/10/09 | J | A | |
| 174. Schwab Money Market - FBO #1 | | None | J | T | | | | | |
| 175. FBR Small Cap Fncl Fund - FBO #1 | A | Dividend | J | T | Sold (part) | 11/12/09 | J | | |
| 176. First Eagle Overseas A Fund-FBO#1 | A | Dividend | J | T | Buy | 03/02/09 | J | | |
| 177. | | | | T | Sold (part) | 07/07/09 | J | A | |
| 178. Magellan Midstream - FBO #1 | A | Dividend | J | T | Sold (part) | 03/02/09 | J | | |
| 179. Seligman Comm Fund - FBO #1 | | None | J | T | Sold (part) | 11/12/09 | J | A | |
| 180. SL Green Realty - FBO #1 | | None | | | Sold | 03/02/09 | J | | |
| 181. MFS Intl New Discovery A Fund - FBO #1 | A | Dividend | J | T | Sold (part) | 03/03/09 | J | | |
| 182. Stratton Sm Cap Value Fund-FBO#1 | | None | J | T | Buy | 03/02/09 | J | | |
| 183. | | | | T | Buy (add'l) | 07/07/09 | J | | |
| 184. | | | | T | Sold (part) | 11/12/09 | J | A | |
| 185. Thornburg Intl Value A Fund - FBO #1 | A | Dividend | J | T | Sold (part) | 03/09/09 | J | | |
| 186. William Blair Intl Gr Fund - FBO #1 | | None | | | Sold | 03/02/09 | J | | |
| 187. Morgan Stanley Inst Intl Real Est - FBO #1 | A | Dividend | J | T | Sold (part) | 11/12/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 04/22/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Vanguard Energy Fund - FBO #1 | A | Dividend | J | T | Sold (part) | 07/07/09 | J | A | |
| 189. | | | | T | Sold (part) | 11/12/09 | J | A | |
| 190. ATCO Ltd Class I - FBO #1 | A | Dividend | J | T | Sold (part) | 07/07/09 | J | | |
| 191. Petro-Canada FBO #1 | | None | | | Sold | 07/07/09 | J | A | |
| 192. Power Financial Corp - FBO #1 | A | Dividend | J | T | Sold (part) | 11/12/09 | J | A | |
| 193. American Gen Fin - Bond 5/15/10-FBO#1 | A | Interest | K | T | | | | | |
| 194. Caterpillar Fin - Bond 2/15/11-FBO#1 | A | Interest | K | T | | | | | |
| 195. Honeywell Intl Inc - Bond/FBO #1 8/1/09 | | None | | | Matured | 08/01/09 | K | B | |
| 196. Bac Cap Tr II - FBO #1 | A | Dividend | | | Sold | 10/28/09 | J | | |
| 197. Harris Cap - FBO #1 | A | Dividend | J | T | | | | | |
| 198. C & S Realty Inc A Fund - FBO #1 | A | Dividend | J | T | Sold (part) | 11/12/09 | J | | |
| 199. Home Properties of NY-FBO#1 | | None | | | Sold | 07/07/09 | J | | |
| 200. Avalon Bay Communities Inc-FBO#1 | A | Dividend | J | T | Buy | 07/07/09 | J | | |
| 201. Cenovus Energy-FBO#1 | A | Dividend | J | T | Spinoff (from line 202) | | | | |
| 202. EnCana Corp-FBO#1 | A | Dividend | | T | Buy | 07/07/09 | J | | |
| 203. | | None | J | T | Sold (part) | 11/12/09 | J | A | |
| 204. Firstbank Puerto Rico CD-FBO#1 7/11/13 | A | Interest | J | T | Buy | 03/02/09 | J | | |

1. Income Gain Codes: (See Columns B1 and D4)  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes: (See Columns C1 and D3)  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes: (See Column C2)  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 04/22/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. GE Money Bank CD-FBO#1 12/13/10 | A | Interest | J | T | Buy | 08/17/09 | J | | |
| 206. St Bank of India, NY,CD-FBO#1 9/26/12 | A | Interest | J | T | Buy | 08/04/09 | J | | |
| 207. Wachovia Bank CD-FBO#1 8/15/13 | A | Interest | J | T | Buy | 08/04/09 | J | | |
| 208. Westernbank CD-FBO#1 11/20/14 | A | Interest | J | T | Buy | 11/13/09 | J | | |
| 209. Ft. Walton Def Bond-FBO#1 6/15/12 | | None | J | T | Buy | 01/06/09 | J | | |
| 210. Schwab Money Market Fund - FBO #2 | | None | J | T | | | | | |
| 211. FBR Small Cap Fncl Fund - FBO #2 | A | Dividend | J | T | | | | | |
| 212. Meridian Value Fund - FBO #2 | A | Dividend | J | T | | | | | |
| 213. Seligman Comm Fund - FBO #2 | | None | J | T | | | | | |
| 214. Vanguard Energy Fund - FBO #2 | A | Dividend | J | T | | | | | |
| 215. MFS Intl New Discovery A - FBO #2 | A | Dividend | J | T | | | | | |
| 216. Thornburg Intl Value A - FBO #2 | A | Dividend | J | T | | | | | |
| 217. William Blair Intl Gr Fund - FBO #2 | | None | | | Sold | 03/02/09 | J | | |
| 218. ATCO Ltd Class I - FBO #2 | A | Dividend | J | T | | | | | |
| 219. Power Financial Corp - FBO #2 | A | Dividend | J | T | | | | | |
| 220. Honeywell Intl Inc - Bond/FBO #2 8/1/09 | | None | | | Matured | 08/01/09 | J | B | |
| 221. Stratton Small Cap Value Fund-FBO#2 | | None | J | T | Buy | 03/02/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 04/22/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Merrill Lynch Bond - FBO #2 3/29/11 | A | Interest | J | T | | | | | |
| 223. Miami Dade Cnty - FBO #2 4/1/10 | A | Interest | K | T | | | | | |
| 224. Bac Cap Tr II - FBO #2 | A | Dividend | | | Sold | 10/28/09 | J | | |
| 225. Sabine Royalty Tr - FBO #2 | A | Dividend | J | T | | | | | |
| 226. Magellan Midstream - FBO #2 | A | Dividend | J | T | Sold (part) | 03/02/09 | J | | |
| 227. C & S Realty Fund - FBO #2 | A | Dividend | J | T | Buy (add'l) | 07/07/09 | J | | |
| 228. Weingarten Realty - FBO #2 | | None | | | Sold | 07/07/09 | J | | |
| 229. Sabine Royalty Trust - FBO #1 | A | Dividend | J | T | | | | | |
| 230. Alger Hlth Sci Fund - FBO #1 | | None | J | T | | | | | |
| 231. JB Hunt Transport Svsc - FBO #1 | | None | | | Sold | 07/07/09 | J | | |
| 232. MFS Utilities Fund - FBO #1 | A | Dividend | J | T | Sold (part) | 11/12/09 | J | A | |
| 233. T Rowe Price Fincl Srvc Fd - FBO #1 | A | Dividend | J | T | | | | | |
| 234. Sunoco Logistics Partners - FBO #1 | A | Dividend | J | T | Sold (part) | 03/02/09 | J | | |
| 235. | | | | T | Buy (add'l) | 07/07/09 | J | | |
| 236. Royce Penn Mutual Fund - FBO #1 | | None | | | Sold | 03/02/09 | J | | |
| 237. Alger Hlth Sci Fund - FBO #2 | | None | J | T | | | | | |
| 238. First Eagle Overseas A Fund-FBO#2 | A | Dividend | J | T | Buy | 03/02/09 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 04/22/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Capital One CD - FBO #2 9/4/12 | A | Interest | J | T | | | | | |
| 240. MFS Utilities Fund - FBO #2 | A | Dividend | J | T | | | | | |
| 241. T Rowe Price Fincl Srvc Fd - FBO #2 | A | Dividend | J | T | | | | | |
| 242. GE Money Bank CD-FBO#2 10/9/13 | A | Interest | K | T | Buy | 08/05/09 | K | | |
| 243. Royce Penn Mutual Fund-FBO#2 | | None | | | Sold | 03/02/09 | J | | |
| 244. AFLAC Inc | A | Dividend | J | T | | | | | |
| 245. Columbia Vlue & Rst Fun | | None | | | Sold | 07/08/09 | K | | |
| 246. Landstar Systems Inc | | None | | | Sold | 11/10/09 | J | | |
| 247. T Rowe Price Fincl Srvc Fund | A | Dividend | J | T | Sold (part) | 11/10/09 | J | | |
| 248. AvalonBay Communities Inc | A | Dividend | K | T | Buy (add'l) | 03/05/09 | J | | |
| 249. | | | | T | Buy (add'l) | 07/08/09 | J | | |
| 250. | | | | T | Buy (add'l) | 11/10/09 | J | | |
| 251. Essex Property Trust | A | Dividend | | T | Sold (part) | 03/05/09 | J | | |
| 252. | | | | | Sold | 07/08/09 | J | | |
| 253. Archer Dan Midland Bond semi 4/15/11 | | None | K | T | | | | | |
| 254. Bankers Trust Bond semi 10/15/11 | | None | K | T | | | | | |
| 255. Oregon State Bond maty 6/1/12 | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 04/22/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256.  Pepsico Bond maty 4/1/12 | | None | J | T | | | | | |
| 257.  Wachovia Corp Bond semi 10/15/11 | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ludington, Thomas L. | 04/22/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. Deleted all assets from 2008 report that had been sold or matured.
2. Line 146 Changed maturity date from 2/15/11 to correct date of 12/15/11 on Household Finance Bond.
3. Line 193 should be listed as FBO#1 for American Gen Fin bond.
4. Line 194 should be listed as FBO#1 for Caterpillar Fin Bond.
5. Line 199 should be listed as FBO#1 for Home Prop of NY.
6. Deleted Line 210 from 2008 report of Royce Penn Mutual Fund due to reported again on Line 236 in the 2009 report. This was orginially reported in error without the FBO#1.
7. Deleted Line 245 from 2008 report of C&S Realty Rund FBO#2 due to already reported on Line 229 on the 2008 report or Line 227 on the 2009 report.
8. Deleted Line 255 from 2008 report of Royce Penn Mutual Fund due to already recorded on Line 173 on the 2009 report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544